## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br><br>Plaintiff,<br><br><br>v.<br><br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br><br>Defendant. | C.A. No.  2:17-cv-02082-CCC-JBC<br><br><br>**JOINT MOTION FOR DISMISSAL** |

## JOINT MOTION FOR DISMISSAL

NOW through undersigned counsel, comes Plaintiff SYMBOLOGY INNOVATIONS, LLC ("SI") and Defendants QUEST DIAGNOSTICS INC. ("Quest") who advise the Court that they have reached a mutual resolution in this matter,

AND move to dismiss WITH PREJUDICE all claims asserted by SI against Quest; and WITH PREJUDICE all non-infringement counterclaims and WITHOUT PREJUDICE all invalidity counterclaims by Quest against SI, under Federal Rule of Civil Procedure 41(a); and pursuant to The Court's Order of September 29, 2017 [ECF No. 22];

WITH each party bearing its own attorney fees and costs;

THE parties now request that the Court enter an Order of dismissal,

## ORDER

The Motion for Dismissal with prejudice of all claims asserted by SI against Quest; and with prejudice of all non-infringement counterclaims and without prejudice of all invalidity counterclaims by Quest against SI, with each party to bear its own attorneys' fees and costs, is hereby granted.

Executed in Newark, New Jersey this _____ day of _____, 2017.


_____

Honorable Claire C. Cecchi
UNITED STATES DISTRICT JUDGE


November 15, 2017                                  Respectfully Submitted,


s/Jean-Marc Zimmerman                             s/Amer S. Pharon
JEAN-MARC ZIMMERMAN                               AMER S. PHARAON
**ZIMMERMAN LAW GROUP**                           **QUEST DIAGNOSTICS**
223 Watchung Fork                                 500 Plaza Drive
Westfield, New Jersey 07090                       Secaucus, NJ 07094
Telephone (908) 768-6408                          Telephone (973) 520-2738
Fax (908) 935-0751                                Fax (923) 520-2019
                                                       and
Counsel for Plaintiff                             DAVID E. De LORENZI
Symbology Innovations, LLC.                       THOMAS J. BEAN,
                                                  **GIBBONS, P.C.**
                                                  One Gateway Center
                                                  Newark, New Jersey 07102
                                                  Telephone (973) 596-4743
                                                  Fax (973) 596-0545

                                                  Counsel for Defendant
                                                  Quest Diagnostics Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system, on this 15th day of November, 2017.


<u>s/Jean-Marc Zimmerman</u>
JEAN-MARC ZIMMERMAN