IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED,<br><br>Defendant. | C.A. No. 2:17-cv-02082-CCC-JBC<br><br>**JOINT MOTION FOR DISMISSAL** |

### JOINT MOTION FOR DISMISSAL

NOW through undersigned counsel, comes Plaintiff SYMBOLOGY INNOVATIONS, LLC ("SI") and Defendants QUEST DIAGNOSTICS INC. ("Quest") who advise the Court that they have reached a mutual resolution in this matter,

AND move to dismiss WITH PREJUDICE all claims asserted by SI against Quest; and WITH PREJUDICE all non-infringement counterclaims and WITHOUT PREJUDICE all invalidity counterclaims by Quest against SI, under Federal Rule of Civil Procedure 41(a); and pursuant to The Court's Order of September 29, 2017 [ECF No. 22];

WITH each party bearing its own attorney fees and costs;

THE parties now request that the Court enter an Order of dismissal,

### ORDER

The Motion for Dismissal with prejudice of all claims asserted by SI against Quest; and with prejudice of all non-infringement counterclaims and without prejudice of all invalidity counterclaims by Quest against SI, with each party to bear its own attorneys' fees and costs, is hereby granted.

Executed in Newark, New Jersey this <u>  16th </u> day of <u>   November   </u>, 2017.

<u>                        *s/Claire C. Cecchi*                        </u>

Honorable Claire C. Cecchi
UNITED STATES DISTRICT JUDGE

November 15, 2017                                                        Respectfully Submitted,

| | |
|---|---|
| <u>s/Jean-Marc Zimmerman</u><br>JEAN-MARC ZIMMERMAN<br>**ZIMMERMAN LAW GROUP**<br>223 Watchung Fork<br>Westfield, New Jersey 07090<br>Telephone (908) 768-6408<br>Fax (908) 935-0751<br><br>Counsel for Plaintiff<br>Symbology Innovations, LLC. | <u>s/Amer S. Pharon</u><br>AMER S. PHARAON<br>**QUEST DIAGNOSTICS**<br>500 Plaza Drive<br>Secaucus, NJ 07094<br>Telephone (973) 520-2738<br>Fax (923) 520-2019<br>          and<br>DAVID E. De LORENZI<br>THOMAS J. BEAN,<br>**GIBBONS, P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Telephone (973) 596-4743<br>Fax (973) 596-0545<br><br>Counsel for Defendant<br>Quest Diagnostics Inc. |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system, on this 15th day of November, 2017.

                                                  s/Jean-Marc Zimmerman
                                                  JEAN-MARC ZIMMERMAN